United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY NOVOA,<br><br>    Plaintiff,<br><br>    v.<br><br>CITY AND COUNTY OF SAN FRANCISCO, et al.,<br><br>    Defendants. | Case No. 14-cv-03617-JST<br><br>**MINUTE ORDER NOTING DISMISSAL**<br><br>Re: ECF No. 14 |

The parties have filed a stipulation of dismissal dated October 22, 2014, stating that they have agreed to dismiss Defendant San Francisco Municipal Transit Agency from this action. ECF No. 14. "The plaintiff may dismiss some or all of the defendants . . . through a Rule 41(a)(1) notice." Wilson v. City of San Jose, 111 F.3d 688, 692 (9th Cir. 1997). Dismissal is effective without court order pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

All claims between Plaintiff and Defendant San Francisco Municipal Transit Agency have been dismissed with prejudice. The Clerk is directed to terminate San Francisco Municipal Transit Agency as a party in this case.

**IT IS SO ORDERED**.

Dated: October 23, 2014

_____
JON S. TIGAR
United States District Judge