1  DENNIS J. HERRERA, State Bar #139669
   City Attorney
2  ELIZABETH SALVESON, State Bar #83788
   Chief Labor Attorney
3  BORIS REZNIKOV, State Bar #261776
   Deputy City Attorney
4  Fox Plaza
   1390 Market Street, Fifth Floor
5  San Francisco, California 94102-5408
   Telephone:     (415) 554- 3868
6  Facsimile:     (415) 554-4248
   E-Mail:        boris.reznikov@sfgov.org
7

8  Attorneys for Defendants
   CITY AND COUNTY OF SAN FRANCISCO
9  and DEBORAH FRANKS

10

11 Russell A. Robinson, State Bar #163937
   Law Office of Russell A. Robinson
12 345 Grove St, First Floor
   San Francisco, CA  94102
   Telephone:     (415) 861-4416
13 Facsimile:     (415) 431-4526
   Email:         rlaw334@gmail.com
14

15 Attorney for Plaintiff
   GREGORY NOVOA

16

UNITED STATES DISTRICT COURT

17

NORTHERN DISTRICT OF CALIFORNIA

18

| | |
|---|---|
| 19  GREGORY NOVOA, | Case No. C 14-03617-JST |
| 20      Plaintiff, | **JOINT STIPULATION REGARDING DISCOVERY DEADLINES UNDER CIVIL LOCAL RULE 6-2(A); [PROPOSED] ORDER** |
| 21      vs. | |
| 22  CITY AND COUNTY OF SAN FRANCISCO, SAN FRANCISCO MUNICIPAL TRANSIT AGENCY, DEBRA FRANKS, MIKE HELMS, and DOES 1-40, | Judge:   Honorable Jon S. Tigar<br>Court:   450 Golden Gate, Courtroom 9 (Floor 19) |
| 23 | |
| 24      Defendants. | File Date: June 13, 2013<br>Trial Date: January 11, 2016 |
| 25 | |

26

27

28
Joint Stipulation Regarding Discovery        1        c:\users\brezniko\desktop\pldg stipulation re scheduling.doc
Deadlines; [Proposed] Order
Case No. 14-03617-JST

Pursuant to Civil Local Rule 6-2(a), Plaintiff Gregory Novoa and Defendants City and County of San Francisco and Deborah Franks hereby submit the following stipulation and proposed order regarding Defendants' motion to compel deadline.

1. On November 17, 2014, the Court issued the following deadlines as part of its case management schedule:

| | |
|---|---|
| Fact Discovery Cut-Off: | May 18, 2015 |
| Deadline to File Dispositive Motions: | July 2, 2015 |
| Trial Date: | January 11, 2016 |

(Dkt. No. 19.) Through this stipulation, the parties are jointly requesting an extension permitting Defendants to file a motion to compel regarding their document requests after the dispositive motion hearing in this matter, if such a motion to compel is needed. This is the parties' first request to modify any deadlines in this case.

2. Defendants served document requests on Plaintiff on April 17. Plaintiff was required to respond by May 18, but no responses were provided. Defendants are willing to move for summary judgment without raising this discovery dispute to the Court at this time, but only if Defendants are permitted to file a motion to compel — if needed — after the Court rules on their motion for summary judgment. The parties therefore jointly request that Defendants' motion to compel deadline under Civil Local Rule 37-3, with respect to only the document requests served on April 17, be extended until 30 days after the Court rules on Defendants' summary judgment motion. Such an extension will not affect any other deadlines in this case or the trial date, which is not until January 11, 2016.

///
///
///
///
///
///
///

Dated:  May 20, 2015

DENNIS J. HERRERA
City Attorney
ELIZABETH S. SALVESON
Chief Labor Attorney
BORIS REZNIKOV
Deputy City Attorney(s)

By: */s/ Boris Reznikov*
BORIS REZNIKOV
Attorneys for Defendant(s)
CITY AND COUNTY OF SAN FRANCISCO

Dated:  May 20, 2015

RUSSELL A. ROBINSON
Law Office of Russell A. Robinson

By: */s/ Russell A. Robinson*
RUSSELL A. ROBINSON
Attorney for Plaintiff
GREGORY NOVOA

1 **[PROPOSED] ORDER**

2   Pursuant to Plaintiff Gregory Novoa's and Defendants City and County of San Francisco and
3 Deborah Franks' stipulation, it is hereby ordered as follows:
4   Defendants' motion to compel deadline for the document requests they propounded on Plaintiff
5 on April 17, 2015 is extended until 30 days after the Court rules on Defendants' summary judgment
6 motion.

8 Dated: May 26, 2015



IT IS SO ORDERED
Judge Jon S. Tigar

Joint Stipulation Regarding Discovery         4            c:\users\brezniko\desktop\pldg stipulation re scheduling.doc
Deadlines; [Proposed] Order
Case No. 14-03617-JST